**STATE of Missouri,**
**Plaintiff/Respondent,**

v.

**Larry Lee COLEMAN,**
**Defendant/Appellant.**

**No. ED 76933.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 19, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 30, 2000.

Application for Transfer Denied
Dec. 5, 2000.

---

Mary S. Choi, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Troy Allen, Asst. Atty. Gen., Jefferson City, for respondent.

Before MARY K. HOFF, C.J., KATHIANNE KNAUP CRANE, J. and ROBERT E. CRIST, Sr. J.

### ORDER

PER CURIAM.

Defendant appeals from the judgment entered on a jury verdict finding him guilty of three counts of robbery in the first degree, in violation of Section 569.020

RSMo (1994); four counts of armed criminal action, in violation of Section 571.015 RSMo (1994); one count of attempted robbery in the first degree, in violation of Section 564.011 RSMo (1994); one count of trespass in the first degree, in violation of Section 569.140 RSMo (1994); and one count of possession of a defaced firearm, in violation of Section 571.050 RSMo (1994). The court found defendant was a prior and persistent offender and sentenced him to a total of 95 years imprisonment in the Missouri Department of Corrections and six months in a medium security institution, with credit for time served given to that six months.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).